In re COUNCIL HOME FOR FRIENDLESS JEWISH CHILDREN.

(Supreme Court, Special Term, Kings County. July 25, 1912.)

CORPORATIONS (§ 610*) — DISSOLUTION — PUBLICATION OF ORDER TO SHOW CAUSE—SUFFICIENCY.

Under General Corporation Law (Consol. Laws 1909, c. 23) § 179, which requires publication in one or more newspapers of the order to show cause before final order dissolving a corporation "at least once in each

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

of the three weeks immediately preceding" the return day, a first publication, though within 21 full days of the return day, was a sufficient compliance with the statute.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 2424–2430; Dec. Dig. § 610.*]

In the matter of the application of Council Home for Friendless Jewish Children, a corporation, for voluntary dissolution. Publication of order to show cause held sufficient.

Mark M. Salomon, for petitioners.

BENEDICT, J. This is a proceeding for the voluntary dissolution of a domestic corporation, under article 9 of the General Corporation Law (Consol. Laws 1909, c. 23). Section 179 of this law requires publication in one or more newspapers of the order to show cause, which must precede the final order, "at least once in each of the three weeks immediately preceding" the return day. Twenty-one full days did not elapse between the first publication and the return day. I am of opinion, however, that, notwithstanding this fact, the publication was a sufficient compliance with the statute. Cortland Savings Bank v. Lighthall, 53 Misc. Rep. 423, 427, 428, 104 N. Y. Supp. 1022; Wood v. Morehouse, 45 N. Y. 368, 375; Olcott v. Robinson, 21 N. Y. 150, 78 Am. Dec. 126.